ERNEST CREWISON, APPELLANT, V. KARL H. OELSCHLEGAL ET AL., APPELLEES.

FILED APRIL 22, 1903.   No. 9,767.

The decision in *Garnett v. Meyers*, 65 Neb. 287, which involved a similar state of facts, is approved and followed in this case.

APPEAL from the district court for Antelope county: JOHN S. ROBINSON, DISTRICT JUDGE. *Affirmed.*

*Charles Riley* and *C. C. Flansburg,* for appellant.

*William V. Allen and Willis E. Reed, contra.*

SEDGWICK, J.

The facts in this case are in all respects similar to those involved in the case of *Garnett v. Meyers,* 65 Neb. 287, decided at this term. In that case it was held that provisions in regard to the indebtedness itself which are inserted in a mortgage executed contemporaneously with the note, must be construed with the note, and if the contract, so construed, is not negotiable, the maker of the mortgage, without notice of any assignment thereof, may pay the same to the original payee in the mortgage, and is thereupon entitled to a satisfaction of the mortgage.

For the reasons stated in the opinion in that case the judgment of the district court is

AFFIRMED.